McGuire *v*. Kemp.

## McGuire *v*. Kemp.

Where the defendant appeared, pleaded, &c., in a trial by the court without a jury, and the record being silent as to the consent of parties to waive a jury, it will be presumed that the consent was given.

### Error *to Van Buren District Court.*

*Opinion by* Greene, J. Assumpsit on a promissory note, by Solomon Kemp against David G. McGurie. Plea filed, cause tried without a jury, and judgment rendered for the plaintiff.

Defendant now seeks to reverse the judgment, on the ground that the record does not show that the cause was submitted to the court by agreement of the parties. The judgment entry states that "this cause came on for trial, whereupon the premises being seen and fully understood, it is considered by the court," &c. This entry is rather informal. It should state that the cause was submitted to the court by consent of parties, or that a trial by jury was waived. Still, we do not consider the irregularity sufficient to justify the court in reversing the judgment, when, as in this case, the record clearly shows that substantial justice has been done. The record shows that the defendant appeared in court, filed a plea, and also a motion which was disposed of; and as he took no exception to the manner in which the cause was tried, it must be presumed that he consented to a trial by the court. Had the defendant requested a jury, it would be error if the court had refused. But in the absence of such request where the plaintiff is entitled to recover on a note of hand, to which no defence is urged. and which calls for a fixed amount, a jury would be a waste of time, and a useless expense to the defendant.

Judgment affirmed.

*A. Hall*, for plaintiff in error.
*Geo. G. Wright*, for defendant.